UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Grand Jury Subpoena | Case No. 3:17mj1112(SALM) |
| | February 8, 2022 |

## MOTION TO UNSEAL MATTER BUT FILE REDACTED VERSIONS OF THE APPLICATIONS (DOC. 1 and DOC. 3)

This matter was sealed by the Court on June 23, 2017. The United States has no objection to the unsealing of this matter.

However, the Government respectfully requests to file a redacted versions of the two applications (Doc. 1 and Doc. 3) and to have the original documents remain under seal. Specifically, the Government proposes to redact the specific information requested by the Grand Jury pursuant to the grand jury secrecy rules of Fed. Crim. P. 6(e)(2). Redacting just this information is narrowly tailored to conform to Rule 6(e) while allowing the public to have access to the bulk of the documents.

Proposed redacted versions of the applications (Doc. 1 and Doc. 3) are being filed herewith.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY
*/s/ Sarah P. Karwan*

---

SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct22911
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT   06510
Tel.:   (203) 821-3700
sarah.p.karwan@usdoj.gov

1